E-FILED 7/23/14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SAN BERNARDINO, a California public entity,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC INDEMNITY COMPANY, *et al.*,<br><br>　　　　Defendants. | Case No. EDCV13-1137 PSG (SSx)<br><br>**[PROPOSED] FINAL JUDGMENT AND ORDER APPROVING SETTLEMENT, ISSUING CLAIMS BAR ORDER AND GRANTING INJUNCTIVE RELIEF**<br><br>Date:　　　June 23, 2014<br>Time:　　　1:30 p.m.<br>Judge:　　　Phillip S. Gutierrez<br>Court Room:　880 |

3049961

Plaintiff County of San Bernardino's and Defendant United National Insurance Company's Joint Motion For Bar Order came on regularly for hearing before the Court in Courtroom 880 of the Roybal Courthouse for the United States District Court for the Central District of California, Western Division on June 23, 2014 at 1:30 p.m.

Due notice of said hearing having been published and given to all parties having objections to the proposed settlement and injunctive relief set forth in the Joint Motion, with these parties having been given an opportunity to present such objections to the Court; and the Court having considered these matters, including all the papers filed in connection therewith, and the oral presentations of counsel at said hearings; and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Due and adequate notice of these proceedings has been given to all parties herein; and that said parties have had a full and fair opportunity to participate in this hearing process, and are thereby bound by this Final Judgment and Order, which is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

2. In entering this Final Judgment and Order, the Court considered the County's alleged damages; the merits of the County's liability theories against UNIC; the merits of the liability theories of Gulf Underwriters Insurance Company ("Gulf"), the Insurance Company of the State of Pennsylvania ("ICSOP") and Pacific Indemnity Company ("Pacific Indemnity") (collectively, the "Non-Settling Parties") against UNIC; the merits of UNIC's defenses against the claims of the County and the Non-Settling Parties; UNIC's relative fault and obligations to the County; the risks and substantial expenses of continued litigation; the fact that there was no evidence of any bad faith, collusion, or fraud in the settlement process; the extent of the parties' investigation and preparation of the case; and the interests of the Non-Settling Parties. Upon consideration of these matters and record herein, the Settlement Agreement between the County and UNIC as set forth in the record

herein (the "UNIC Settlement Agreement") is hereby approved and confirmed as fair, adequate and reasonable;

3. The Court expressly finds and determines that there is no just reason for delay in the entry of this Final Judgment and Order approving the UNIC Settlement Agreement and barring and enjoining any and all claims arising out of or relating to any of the settled claims, whether styled as claims for contribution, indemnification or otherwise, against UNIC by any of the Non-Settling Parties, their predecessors, successors, representatives and assigns.

4. UNIC has agreed to release each of the Non-Settling Parties from any claims relating to or arising out of this litigation, the RWQCB Orders or the Consolidated Litigations (as those terms are defined in the UNIC Settlement Agreement), including any claims for subrogation, indemnity or contribution relating to such claims, such release to become effective if, when, and to the extent such Non-Settling Party(ies) releases UNIC from such claims.

5. Upon entry of this Final Judgment and Order, UNIC has further agreed to file with the Court and deliver to the Non-Settling Parties' counsel a stipulated dismissal without prejudice of any claims in this litigation, and without costs, sanctions, or attorneys' fees against any of the Non-Settling Parties.

6. The Court hereby orders that on any claims by the County against Non-Settling Parties in this litigation, the Non-Settling Parties shall collectively receive an offset from the County's total claimed damages in the amount of $6,650,000, in respect of UNIC's settlement payment to the County. The Court finds and determines that this offset ensures that none of the Non-Settling Parties will be liable for any damages paid by UNIC.

7. All claims arising out of or relating to any of the settled claims, whether styled as claims for contribution, indemnification or otherwise, against UNIC by any of the Non-Settling Parties, their predecessors, successors, representatives and assigns, are hereby barred by this Final Judgment and Order.

8. The Non-Settling Parties, and all other person having actual knowledge of this Final Judgment and Order, are hereby severally and permanently barred and enjoined from instituting or prosecuting any action or proceeding whatsoever in any court of this or any other jurisdiction, either derivatively or on behalf of themselves, which seeks contribution and/or indemnity from UNIC relating to any of the claims subject to the UNIC Settlement Agreement approved under this Order.

9. Without in any way affecting the finality of this Final Judgment and Order, this Court hereby retains exclusive continuing jurisdiction over the parties for the purposes of interpreting or enforcing the UNIC Settlement Agreements and this Final Judgment and Order.

IT IS SO ORDERED

Dated: 7/23/14

PHILIP S. GUTIERREZ

HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT

Submitted by:

Marc S. Maister (SBN 155980)
Harry J. Schulz, III (SBN 205625)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Attorneys for Plaintiff
County of San Bernardino